**Order entered November 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00467-CR

**JULIO CESAR SOTO-GALVAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32930CR**

### ORDER
Before Justices Nowell, Smith, and Rosenberg[1]

Before the Court is attorney Jason A. Duff's motion to withdraw as court-appointed counsel for appellant Julio Cesar Soto-Galvan.

Based on the Court's opinion of this date, we **GRANT** the motion of Jason A. Duff to withdraw as counsel for appellant.

---

[1] The Hon. Barbara Rosenberg, Justice, Assigned. This case was submitted without oral argument. At the time this case was submitted, Justice Leslie Osborne was a member of the panel. After her resignation, Justice Rosenberg was designated to sit on the panel and participated in the decision of this case. TEX. R. APP. P. 41.1.

We **DIRECT** the Clerk of the Court to remove Jason A. Duff as counsel for appellant.

We **STRIKE** the brief filed by Jason A. Duff in this case.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental clerk's record including the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

Once appointed, new appellate counsel shall investigate the record and within **THIRTY** days of the date of appointment either (1) file a brief that addresses any and all grounds that might arguably support the appeal or (2) if a thorough and professional review of the record identifies no such arguable issues, file an *Anders* brief that complies with the requirements of *Anders* and its progeny.

We **DIRECT** the Clerk of the Court to send copies of this order to: (1) the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; (2) Jason A. Duff; (3) the Hunt County District Attorney's Office; and (4) appellant Julio Cesar Soto-Galvan, BIN 19-1376, Hunt County Jail, 2801 Stuart Street, Greenville, Texas 75401.

We **DIRECT** the Clerk of the Court to remove this case from the submission docket.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated when the order appointing new counsel is received or the Court deems it appropriate to do so.

/Barbara Rosenberg/
BARBARA ROSENBERG
JUSTICE, ASSIGNED